United States District Court
Eastern District of North Carolina

| | | |
|---|---|---|
| Deidra L. Williams, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **Judgment in a Civil Case** |
| | ) | Case Number: 5:18-CV-33-BO |
| Wal-Mart Stores East, L.P., | ) | |
| Defendant | ) | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Respondent's motion to dismiss [DE 12] is GRANTED. The Clerk is DIRECTED to correct defendant's name on the docket, as requested in their supporting memorandum. [DE 13 n. 1] The Clerk is further DIRECTED to enter judgment and close the case.

Deidra L. Williams
2224 Edgar St.
Apt. A
Fayetteville, NC 28301

Julie Kerr Adams
Ford & Harrison LLP
6000 Fairview Rd.
Suite 1200
Charlotte, NC 28210

July 6, 2018                                        PETER A. MOORE,  CLERK OF COURT

**/s/ Linda Downing**
(by) Deputy Clerk